# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| MAVIE DENISE YOUNGSON and <br> TIMOTHY WAYNE YOUNGSON, <br><br> Plaintiffs, <br><br> v. <br><br> BOBO TRANSPORTATION, INC.; OLIM KODIROV; LOGISTICS BUDDY, LLC; and LOGISTICS BUDDY TRANSPORTATION, LLC, <br><br> Defendants. | No. 1:17-CV-69 <br> REEVES/STEGER |
| CHRYSTINA BASS and <br> CHRISTOPHER A. BASS, <br><br> Plaintiffs, <br><br> v. <br><br> BOBO TRANSPORTATION, INC.; OLIM KODIROV; PROCTER & GAMBLE MANUFACTURING COMPANY; PROCTER & GAMBLE DISTRIBUTING COMPANY; PROCTER & GAMBLE COMPANY; PROCTOR & GAMBLE; LOGISTICS BUDDY, LLC; and LOGISTICS BUDDY TRANSPORTATION, LLC, <br><br> Defendants. | No. 1:17-CV-108 <br> REEVES/STEGER |

## ORDER OF CONSOLIDATION

On October 31, 2017, the Honorable Christopher H. Steger, United States Magistrate Judge, issued a Report and Recommendation ("R&R") [D. 43], in which he recommended that the Court grant the Defendants' Joint Motion to Consolidate [D. 35] the above-captioned cases

pursuant to Federal Rule of Civil Procedure 42(a)(2). In support of the motion, the parties state that these actions involve common questions of law and fact. Judge Steger held a hearing on the motion on October 25, 2017 No objections to the R&R have been filed.

Rule 42(a) of the Federal Rules of Civil Procedure permits actions to be consolidated for the economy and convenience of the court and the parties where such actions involve common questions of law or fact. FED. R. CIV. P. 42(a); *Tri-Med Finance Co. v. Nat'l Century Fin. Enterprises, Inc.,* 208 F.3d 215 (6th Cir. 2000). After holding a hearing on Defendants' motion on October 25, 2017, Judge Steger found that "the facts relating to causation of this motor vehicle accident should be virtually identical as to both sets of plaintiff," and that "there is almost complete overlap among the defendants in these two lawsuits." [D. 43, at 2]. Judge Steger further determined that there is minimal risk of confusion or prejudice in consolidation.

A review of the complaints in these cases supports Judge Steger's findings. Accordingly, Judge Steger's R&R is **ADOPTED**, and the motion to consolidate the cases is hereby **GRANTED**. Civil Action No. 1:17-cv-69 and Civil Action No. 1:17-cv-108 are **CONSOLIDATED**, with Civil Action No. 1:17-cv-108 designated as the lead case. All future filings are to be made in the lead case, Civil Action No. 1:17-cv-108, and the clerk is **DIRECTED** to administer these cases as consolidated for all future proceedings. Following completion of discovery, the parties will have the opportunity to revisit the decision as to whether these cases should be consolidated for purposes of the trial itself.

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**