IN THE UNITED STATES COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | |
|---|---|
| MAVIE DENISE YOUNGSON and <br> TIMOTHY WAYNE YOUNGSON, <br> <br> Plaintiffs, <br> <br> v. <br> <br> BOBO TRANSPORTATION, INC., <br> OLIM KODIROV, <br> LOGISTICS BUDDY, LLC and <br> LOGISTICS BUDDY TRANSPORTATION, LLC, <br> <br> Defendants. | Civil Action No. 1:17-cv-108 <br> (Consolidated 1:17-cv-69) <br> REEVES/STEGER |
| CRYSTINA BASS and <br> CHRISTOPHER A. BASS, <br> <br> Plaintiffs, <br> v. <br> <br> BOBO TRANSPORTATION, INC., <br> OLIM KODIROV, PROCTER & GAMBLE <br> DISTRIBUTING, LLC, PROCTER & GAMBLE <br> MANUFACTURING COMPANY, PROCTER & <br> GAMBLE COMPANY, PROCTER & GAMBLE, <br> LOGISTICS BUDDY, LLC and <br> LOGISTICS BUDDY TRANSPORTATION, LLC, <br> <br> Defendants. | |

**DEFENDANT BOBO TRANSPORTATION, INC.'S SUPPLEMENTAL
RESPONSE TO PLAINTIFFS' (BASS) MOTION TO COMPEL DISCOVERY**

The defendant, Bobo Transportation, Inc., submits a supplemental response to its Response

filed with this Court on February 12, 2018 to the Plaintiffs (Bass) Motion to Compel.

This party would show the Court that it has now provided responses to the plaintiffs' discovery requests with those responses being emailed and mailed to plaintiffs' Bass counsel on February 16, 2018 and mailed to all other counsel of record by Certificate of Service dated February 16, 2018 (<u>Exhibit 1</u> – Defendant Bobo Transportation's Responses to Interrogatories and Requests for Production of Documents without exhibits).

Respectfully submitted,

s/ Paul L. Sprader
Paul L. Sprader (#014493)
LeVAN, SPRADER, PATTON & PLYMIRE
201 Fourth Avenue North, Suite 1500
Nashville, TN  37219
(615) 843-0300 Phone
(615) 843-0310 Facsimile
psprader@lsplaw.net
*Attorney for Defendant, Bobo Transportation, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that, on this 16th day of February, 2018, I electronically filed this document with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the attorneys of record below:

Hubert E. Hamilton
Patrick A. Cruise
The Hamilton Firm
2401 Broad Street, Suite 102
Chattanooga, TN 37408
heh@thehamiltonfirm.com
pac@thehamiltonfirm.com
*Attorneys for the Bass Plaintiffs*

Jeffrey S. Rosenblum
Matthew T. May
Rosenblum & Reisman, P.C.
6070 Poplar Avenue, Suite 550
Memphis, TN 38119
Jeffr@randrfirm.com
matt@randrfirm.com
*Attorneys for Youngson Plaintiffs*

Matthew E. Wright
Wright Law, PLC
219 3rd Avenue North
Franklin, TN 37064
mwright@wrightlawplc.com
*Attorney for Youngson Plaintiffs*

Hannah Lowe
Kenneth W. Ward
Trammell, Adkins & Ward, P.C.
P.O. Box 51450
Knoxville, TN 37950-1450
hannahlow@tawpc.com
kenward@tawpc.com
*Attorneys for Defendant, Olim Kodirov*

Richard L. Hollow
Hollow & Hollow, LLC
P.O. Box 11166
Knoxville, TN 37939
rhollow@hollowlaw.com
*Attorney for Logistics Buddy, LLC*

Henry E. Seaton
Seaton & Husk, LP
5312 Otter Creek Court
Brentwood, TN 37027
heseaton@aol.com
*Attorney for Logistics Buddy, LLC*

M. Andrew Pippenger
Leitner Williams Dooley Napolitan PLLC
200 W. Martin Luther King Blvd.
Tallan Building, Suite 500
Chattanooga, TN 37402
andy.pippenger@leitnerfirm.com
*Attorney for Logistics Buddy Transportation, Inc.*

Daniel J. Ripper
Luther-Anderson, PLLP
100 W. Martin Luther King Blvd.
One Union Square, Suite 700
Chattanooga, TN 37402
dan@lutheranderson.com
*Attorney for Defendants, Procter & Gamble Distributing, LLC, Procter & Gamble Manufacturing Company, Procter & Gamble Company and Procter & Gamble*

                                           s/ Paul L. Sprader
                                           Paul L. Sprader