# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT CHATTANOOGA

MAVIE DENISE YOUNGSON and )
TIMOTHY WAYNE YOUNGSON )
)
vs. )       Docket No. 1:17-cv-108
)       (Consolidated 1:17:CV-69)
BOBO TRANSPORTATION, INC., )       REEVES/STEGER
OLIM KODIROV, )
LOGISTICS BUDDY, LLC, and )
LOGISTICS BUDDY TRANSPORTATION, LLC )
_____ )
)
CRYSTINA BASS and )
CHRISTOPHER A. BASS, )
)
vs. )
)
BOBO TRANSPORTATION, INC., )
OLIM KODIROV, )
PROCTER & GAMBLE DISTRIBUTING, LLC, )
PROCTER & GAMBLE MANUFACTURING )
COMPANY, )
PROCTER & GAMBLE COMPANY, )
PROCTER & GAMBLE, )
LOGISTICS BUDDY, LLC, and )
LOGISTICS BUDDY TRANSPORTATION, LLC, )
)

## LOGISTICS BUDDY TRANSPORTATION, LLC'S RESPONSE TO MOTION TO COMPEL

Logistics Buddy Transportation, LLC ("Transportation" hereinafter), by and through

counsel responds to the Motion to Compel [Doc. 72].  In response, Transportation states

simply that it responded to the interrogatories and requests for production on April 24,

2018.

**LEITNER, WILLIAMS, DOOLEY & NAPOLITAN, PLLC**

By: _____/s/ Andy Pippenger_____
  **M. ANDREW PIPPENGER (018183)**
  *Attorneys for Defendant Logistics Buddy*
  *Transportation, LLC*
  200 West ML King Blvd., Suite 500
  Chattanooga, TN 37402-2621
  (423) 265-0214 – telephone

## CERTIFICATE OF SERVICE

I hereby certify that on **April 24, 2018** a copy of the foregoing **RESPONSE TO MOTION TO COMPEL** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

Kenneth W. Ward
Trammell, Adkins & Ward, P.C.
P.O. Box 51450
Knoxville, TN 37950

Paul L. Sprader,
Levan , Sprader, Patton, Plymire & Offut
201 Fourth Avenue North, Suite 1500
Nashville, TN 37219

Daniel J. Ripper
Luther-Anderson, PLLP
P.O. Box 151
Chattanooga, TN 37401-0151

Richard L. Hollow
Hollow & Hollow, LLC
P.O. Box 11166
Knoxville, TN 37939

Matthew E. Wright
219 3rd Avenue North
Franklin, TN 37064

Matthew May
Jeffrey Rosenblum
Rosenblum & Reisman, PC
6070 Poplar Avenue, Suite 550
Memphis, TN 38119

Henry E. Seaton
Jeffrey Cox
Seaton & Husk, LP
5312 Otter Creek Court
Brentwood, TN 37027

**By:**     /s/ Andy Pippenger
                   **M. ANDREW PIPPENGER**