UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

MAVIE DENISE YOUNGSON AND
TIMOTHY WAYNE YOUNGSON, et. al.,

        Plaintiffs,

v.

LOGISTICS BUDDY TRANSPORTATION, LLC
LOGISTICS BUDDY, LLC,
BOBO TRANSPORTATION, INC., and
OLIM KODIROV, et. al.

        Defendants,

No. 1:17-CV-00108
(CONSOLIDATED)
REEVES/STEGER
JURY DEMAND

## AFFIDAVIT OF SERVICE OF SUPBOENA BY CERTIFIED MAIL

**STATE OF TENNESSEE**
**COUNTY OF WILLIAMSON**

      Affiant, Matthew E. Wright, attorney for Plaintiffs MAVIE DENISE YOUNGSON and TIMOTHY WAYNE YOUNGSON, having personal knowledge of the information contained herein, after being duly sworn according to the law, states as follows:

1. On March 16, 2018, I issued a Subpoena for Production of Documents in favor of Olero, Inc.. The redacted Subpoena is attached hereto as Exhibit 1.

1

2. On March 16, 2018, I sent the issued Subpoena via certified first-class mail, return receipt requested, to Olero, Inc., 8770 W. Bryn Mawr Avenue, Chicago, IL 60631.

3. Olero, Inc. received the Supoena for Production of Documents on March 21, 2018 and the certified mail receipt was signed for by a person authorized by Federal Rules of Civil Procedure 45. The U.S. Mail signed return receipt card is attached hereto as Exhibit 2.

I declare under penalty of perjury the above-information is true.

Matthew E. Wright

STATE OF TENNESSEE

COUNTY OF WILLIAMSON

Sworn to me and subscribed in my presence on this 24 day of May, 2018.

Notary Public

My commission expires: 7/11/21