# SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   **Records Custodian**
   **Olero, Inc.**
   **8770 W. Bryn Mawr Ave**
   **Chicago, IL 60631**

9590 9402 3550 7305 2725 68



7-cv-00069-PLR-CHS   Document 93-2   Filed 05/25/18   Page 1 of 2   Page

# COMPLETE THIS SECTION ON DELIVERY

A. Signature

X Kutth K_____

☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

[Stamp: NORWOOD PARK STATION MAR 21 2018 60631-9998]

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☒ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)

- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☒ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

USPS TRACKING #

9590 9402 3550 7305 2725 68

United States Postal Service

- Sender: Please print your name, address, and ZIP+4® in this box•

Matthew E. Wright
WRIGHT LAW, PLC
219 Third Avenue North
Franklin, TN 37064

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Youngson

7-cv-00069-PLR-CHS   Document 93-2   Filed 05/25/18   Page 2 of 2   Page