UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| MAVIE DENISE YOUNGSON and<br>TIMOTHY WAYNE YOUNGSON,<br><br>    Plaintiffs,<br><br>vs.<br><br>BOBO TRANSPORTATION, INC.,<br>OLIM KODIROV,<br>LOGISTICS BUDDY, LLC,<br>LOGISTICS BUDDY TRANSPORTATION, LLC<br><br>    Defendants.<br><br>CRYSTINA BASS and<br>CHRISTOPHER A. BASS,<br><br>    Plaintiffs,<br><br>vs.<br><br>BOBO TRANSPORTATION, INC.,<br>OLIM KODIROV,<br>PROCTER & GAMBLE DISTRIBUTING, LLC,<br>PROCTER & GAMBLE MANUFACTURING<br>COMPANY,<br>PROCTER & GAMBLE COMPANY,<br>PROCTER & GAMBLE,<br>LOGISTICS BUDDY LLC, and<br>LOGISTICS BUDDY TRANSPORTATION, LLC,<br><br>    Defendants. | Docket No. 1:17-cv-108<br>(Consolidated 1:17:CV-69)<br>REEVES/STEGER |

## NOTICE OF SERVICE OF DISCOVERY RESPONSES

Comes the Defendant, Logistics Buddy Transportation, LLC, by and through counsel, and hereby gives notice that, on this date, Logistics Buddy Transportations, LLC's Supplemental Answers to Plaintiffs' First Set of

Interrogatories and Logistics Buddy Transportation, LLC's Supplemental Responses to Plaintiffs' First Request for Production were served by U. S. Mail upon all counsel of record in this matter.

Respectfully submitted, this 31st of August, 2018.

       **LEITNER, WILLIAMS, DOOLEY**
        **& NAPOLITAN, PLLC**

    By:  s/M. Andrew Pippenger
       **M. ANDREW PIPPENGER (018183)**
       *Attorneys for Defendant Logistics Buddy Transportation, LLC*
       200 West ML King Blvd., Suite 500
       Chattanooga, TN 37402-2621
       (423) 265-0214 – telephone

## CERTIFICATE OF SERVICE

I hereby certify that on **August 31, 2018**, a copy of the foregoing **Notice of Service of Discovery Responses** was served. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

Kenneth W. Ward
Trammell, Adkins & Ward, P.C.
P.O. Box 51450
Knoxville, TN 37950

Paul L. Sprader,
Levan, Sprader, Patton, Plymire & Offut
201 Fourth Avenue North, Suite 1500
Nashville, TN 37219

Daniel J. Ripper
Luther-Anderson, PLLP
P.O. Box 151
Chattanooga, TN 37401-0151

Richard L. Hollow
Hollow & Hollow, LLC
P.O. Box 11166
Knoxville, TN 37939

Henry E. Seaton
Jeffrey Cox
Seaton & Husk, LP
5312 Otter Creek Court
Brentwood, TN 37027

Matthew E. Wright
219 3rd Avenue North
Franklin, TN 37064

Matthew May
Jeffrey Rosenblum
Rosenblum & Reisman, PC
6070 Poplar Avenue, Suite 550
Memphis, TN 38119

Patrick A. Cruise
John W. Chandler
The Hamilton Firm
2401 Broad Street, Suite 102
Chattanooga, TN 37408

**By:** s/M. Andrew Pippenger
      M. ANDREW PIPPENGER