# Patrick Cruise

| | |
|---|---|
| **From:** | Patrick Cruise |
| **Sent:** | Monday, June 1, 2020 11:49 AM |
| **To:** | Dan Ripper |
| **Subject:** | RE: Bass |
| **Attachments:** | 2020 W-9.pdf |

Dan, attached is our W-9.

Patrick

**From:** Dan Ripper <dan@lutheranderson.com>
**Sent:** Monday, June 1, 2020 11:38 AM
**To:** Patrick Cruise <pac@thehamiltonfirm.com>
**Subject:** Re: Bass

I need your tax ID too

Dan Ripper
Luther-Anderson, PLLP
100 W. ML King, Suite 700
Chattanooga, TN 37402
423-756-5034
423-991-7477(cell)

On May 30, 2020, at 8:11 PM, Patrick Cruise <pac@thehamiltonfirm.com> wrote:

Dan, we have deal at 30k in exchange for dismissal with prejudice and general release. Check should be payable to crystina bass, chris bass, and the Hamilton firm.

Sincerely,

<signature_Drawing_1550241817411.png>

Patrick A. Cruise
The Hamilton Firm
2401 Broad Street, Suite 102
Chattanooga, TN 37408
423 634 0871



PLAINTIFF'S
EXHIBIT
1

## Patrick Cruise

**From:** Dan Ripper <dan@lutheranderson.com>
**Sent:** Monday, June 22, 2020 9:12 PM
**To:** Patrick Cruise
**Subject:** RE: bass v. p&G

Prepare a dismissal you are happy with and we will use that. Modify the release as you need and get it executed so I can get the check.

Daniel J. Ripper
Luther-Anderson, PLLP



100 W. Martin Luther King Blvd., Suite 700
PO Box 151
Chattanooga, TN 37402
423-756-5034
423-702-9135 (direct)
423-991-7477 (cell)
423-265-9903 (fax)

**From:** Patrick Cruise <pac@thehamiltonfirm.com>
**Sent:** Monday, June 22, 2020 8:43 PM
**To:** Dan Ripper <dan@lutheranderson.com>
**Subject:** RE: bass v. p&G

Dan, I'm ok with the release but it says check already received. I'm also not sure your dismissal is correct for federal court. It's typically done as a stipulation not an order.

Sincerely,

Patrick A. Cruise
The Hamilton Firm
2401 Broad Street, Suite 102
Chattanooga, TN 37408
423 634 0871

-------- Original message --------
From: Dan Ripper <dan@lutheranderson.com>
Date: 6/22/20 8:02 PM (GMT-05:00)
To: Patrick Cruise <pac@thehamiltonfirm.com>

Subject: RE: bass v. p&G

Checking on the status of the checks I have been advised I need a signed release. See attached the release and dismissal

Daniel J. Ripper
Luther-Anderson, PLLP



100 W. Martin Luther King Blvd., Suite 700
PO Box 151
Chattanooga, TN 37402
423-756-5034
423-702-9135 (direct)
423-991-7477 (cell)
423-265-9903 (fax)

**From:** Patrick Cruise <pac@thehamiltonfirm.com>
**Sent:** Friday, June 19, 2020 2:52 PM
**To:** Dan Ripper <dan@lutheranderson.com>
**Subject:** bass v. p&G

Dan, do you have the check yet?   I'm ready to put this one to bed – it's my oldest case by a longshot.

## Patrick A. Cruise*

**The Hamilton Firm**
2401 Broad Street, Suite 102
Chattanooga, TN 37408
Phone: (423) 634-0871
Fax: (423) 634-0874
*Licensed in Tennessee, Georgia and Louisiana



NOTICE: This message (including attachments) is covered by the Electronic Communication Privacy Act, 18 U.S.C. sections 2510-2521, is CONFIDENTIAL and may also be protected by ATTORNEY/CLIENT PRIVILEGE. If you believe that this has been sent to you in error, do not read it. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited. Please reply to the sender that you have received the message in error, then delete it. Thank you.

## Patrick Cruise

**From:** Dan Ripper <dan@lutheranderson.com>
**Sent:** Wednesday, June 24, 2020 3:34 PM
**To:** Patrick Cruise
**Subject:** RE: bass v. p&G
**Attachments:** RELEASE OF ALL CLAIMS -PG PC version.doc

I changed a comma or two

Daniel J. Ripper
Luther-Anderson, PLLP



100 W. Martin Luther King Blvd., Suite 700
PO Box 151
Chattanooga, TN 37402
423-756-5034
423-702-9135 (direct)
423-991-7477 (cell)
423-265-9903 (fax)


**From:** Patrick Cruise <pac@thehamiltonfirm.com>
**Sent:** Wednesday, June 24, 2020 12:33 PM
**To:** Dan Ripper <dan@lutheranderson.com>
**Cc:** Patrick Cruise <pac@thehamiltonfirm.com>
**Subject:** RE: bass v. p&G

Dan, I have made a few revisions.  Please see attached. I am sending to my clients for signature.


## Patrick A. Cruise*

**The Hamilton Firm**
2401 Broad Street, Suite 102
Chattanooga, TN 37408
Phone: (423) 634-0871
Fax: (423) 634-0874
*Licensed in Tennessee, Georgia and Louisiana*



NOTICE: This message (including attachments) is covered by the Electronic
Communication Privacy Act, 18 U.S.C. sections 2510-2521, is CONFIDENTIAL
and may also be protected by ATTORNEY/CLIENT PRIVILEGE. If you believe
that this has been sent to you in error, do not read it. If you are not the intended
recipient, you are hereby notified that any retention, dissemination, distribution,
or copying of this communication is strictly prohibited. Please reply to the sender
that you have received the message in error, then delete it. Thank you.

**Patrick Cruise**

| | |
|---|---|
| **From:** | Patrick Cruise |
| **Sent:** | Thursday, July 2, 2020 3:24 PM |
| **To:** | Dan Ripper |
| **Subject:** | RE: bass v. p&G |
| **Attachments:** | P&G signed release.pdf |

Dan, see attached executed release.  I trust check is on the way.

## Patrick A. Cruise*

**The Hamilton Firm**
2401 Broad Street, Suite 102
Chattanooga, TN 37408
Phone: (423) 634-0871
Fax: (423) 634-0874
*Licensed in Tennessee, Georgia and Louisiana*



NOTICE: This message (including attachments) is covered by the Electronic Communication Privacy Act, 18 U.S.C. sections 2510-2521, is CONFIDENTIAL and may also be protected by ATTORNEY/CLIENT PRIVILEGE. If you believe that this has been sent to you in error, do not read it. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited. Please reply to the sender that you have received the message in error, then delete it. Thank you.

**From:** Dan Ripper <dan@lutheranderson.com>
**Sent:** Wednesday, June 24, 2020 3:34 PM
**To:** Patrick Cruise <pac@thehamiltonfirm.com>
**Subject:** RE: bass v. p&G

I changed a comma or two

Daniel J. Ripper
Luther-Anderson, PLLP



100 W. Martin Luther King Blvd., Suite 700
PO Box 151
Chattanooga, TN 37402
423-756-5034
423-702-9135 (direct)
423-991-7477 (cell)

## RELEASE OF ALL CLAIMS

**IN CONSIDERATION** of the sum of Thirty Thousand Dollars and 00/100 ($30,000.00), receipt of which is hereby acknowledged, **Crystina Bass, Christopher Bass**, for myself, successors, and assigns does hereby release and forever discharge **Procter & Gamble Distributing, LLC, Procter & Gamble Manufacturing Company, Procter & Gamble Company, and, Procter & Gamble,** their agents, and insurers for all current or future claims, controversies, consortium claims, demands, costs, expenses, obligations, actions or causes of action. on account of personal injuries and property damage whether known or unknown, whether paid or unpaid, whether developed or undeveloped, whether accrued or not yet accrued, of whatever nature now existing or which may hereafter arise out of a motor vehicle accident which occurred March 12, 2016 at or around Interstate 24 Eastbound in Marion County, Tennessee.

**IN FURTHER CONSIDERATION** of the above sum, the undersigned agrees to dismiss, with prejudice, *Bass v. Bobo Transportation, et al,* Case No. 1:17-cv-00108 (E.D.Tenn.).

**IT IS EXPRESSLY UNDERSTOOD AND AGREED** that this settlement is a compromise of a doubtful and disputed claim and that payment made is not to be construed as an admission of liability on the part of the parties hereby released and that said parties hereby released deny liability therefore.

**THE UNDERSIGNED FURTHER AGREES** to pay any and all valid and legally enforceable liens owing from the claim and to indemnify, defend and hold harmless **the above named released parties** in the event any such subrogation claims or liens are not paid. Said liens or subrogation claims are the sole responsibility of the undersigned.

**IT IS FURTHER EXPRESSLY UNDERSTOOD AND AGREED** that this release and that the terms of this release are contractual in nature and are not a mere recital, and that all parties have entered into this release in the good faith belief that it is fair and reasonable compromise of the undersigned's claims.

**THE UNDERSIGNED HAVE READ THE FOREGOING RELEASE IN FULL AND HEREBY REPRESENT THAT THEY UNDERSTAND IT.**

1

Executed this 25 day of JUNE , 2020.

_____
CRYSTINA BASS

_____
CHRISTOPHER BASS

Sworn to and subscribed before me this
25 day of June , 2020.

_____
NOTARY PUBLIC
My commission expires: 5 22 2024

2

**Patrick Cruise**

**From:** Dan Ripper <dan@lutheranderson.com>
**Sent:** Wednesday, July 15, 2020 4:00 PM
**To:** Patrick Cruise
**Subject:** RE: bass v. P&G

I do not because I was told today that Exel will not accept the release as signed because it does not contain them as a released party. I will need to get your release that includes XL in a manner that is acceptable to them. Frankly I don't understand it because the statute of limitations has passed and the entity is not even a party to the lawsuit, but since they picked up the indemnification they believe they should also be on the release.

Daniel J. Ripper
Luther-Anderson, PLLP



100 W. Martin Luther King Blvd., Suite 700
PO Box 151
Chattanooga, TN 37402
423-756-5034
423-702-9135 (direct)
423-991-7477 (cell)
423-265-9903 (fax)

**From:** Patrick Cruise <pac@thehamiltonfirm.com>
**Sent:** Wednesday, July 15, 2020 3:33 PM
**To:** Dan Ripper <dan@lutheranderson.com>
**Subject:** bass v. P&G

Dan, do you have the check?


## Patrick A. Cruise*

**The Hamilton Firm**
2401 Broad Street, Suite 102
Chattanooga, TN 37408
Phone: (423) 634-0871
Fax: (423) 634-0874
*Licensed in Tennessee, Georgia and Louisiana



NOTICE: This message (including attachments) is covered by the Electronic Communication Privacy Act, 18 U.S.C. sections 2510-2521, is CONFIDENTIAL and may also be protected by ATTORNEY/CLIENT PRIVILEGE. If you believe that this has been sent to you in error, do not read it. If you are not the intended recipient, you are hereby notified that any retention, dissemination, distribution, or copying of this communication is strictly prohibited. Please reply to the sender that you have received the message in error, then delete it. Thank you.